**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIFFANY M. HUGHES, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 13-cv-3688 |
| v. | Honorable Joan B. Gottschall |
| ACCRETIVE HEALTH, INC., *et al.*, | |
| Defendants. | |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF A CLASS, AND <u>ESTABLISHING NOTICE PROCEDURES</u>**

Lead Plaintiff Pressure Controls, Inc. hereby respectfully moves the Court for an Order: (i) preliminarily approving the proposed settlement with Defendants Accretive Health, Inc., Mary A. Tolan, John T. Staton, and James M. Bolotin; (ii) provisionally certifying a Settlement Class; (iii) approving the form and method for giving notice to Class Members as provided in the Stipulation and Agreement of Settlement dated February 19, 2016; and (iv) scheduling a final approval hearing for a date at the Court's convenience. Defendants do not oppose the relief requested by this motion.

This motion is based upon the present Motion, the Stipulation of Settlement, the supporting Memorandum, the Declaration of Joshua L. Crowell, the [Proposed] Order submitted concurrently herewith, and all pleadings, records and papers on file herein.

Dated: February 19, 2016
GLANCY PRONGAY & MURRAY LLP

By: *s/ Joshua L. Crowell*
Lionel Z. Glancy
Joshua L. Crowell (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
jcrowell@glancylaw.com

*Counsel for Lead Plaintiff Pressure Controls, Inc. and Lead Counsel for the Class*

POMERANTZ LLP
Patrick V. Dahlstrom
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

1

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Liaison Counsel for Lead Plaintiff*

THE YOUNG LAW FIRM
Henry J. Young
104 Ridge Road, #1
Phoenixville, Pennsylvania 19460
Telephone: (610) 933-4440
Facsimile: (610) 300-4190
hjy@theyounglf.com

*Additional Counsel*

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF ILLINOIS ECF AND LOCAL RULES**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.

On February 19, 2016, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February, 2016, at Los Angeles, California.


                                        *s/ Joshua L. Crowell*
                                        Joshua L. Crowell

# Mailing Information for a Case 1:13-cv-03688 Hughes v. Accretive Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Joel Erik Connolly**
  econnolly@winston.com,ECF_CH@winston.com

- **Joshua L. Crowell**
  jcrowell@glancylaw.com

- **Seth C. Farber**
  sfarber@winston.com

- **Leonid Feller**
  lfeller@kirkland.com,jennifer.hill@kirkland.com,christina.pietsch@kirkland.com,sara.tobler@kirkland.com

- **Gregory Linkh**
  glinkh@glancylaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Kristin Sheffield-whitehead**
  kristin.sheffield-whitehead@kirkland.com

- **Robert Y. Sperling**
  rsperling@winston.com,nwertheimer@winston.com,ECF_CH@winston.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Tiffany M Hughes
```
,