UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Tiffany M Hughes, et al.
                             Plaintiff,

v.                                          Case No.: 1:13−cv−03688
                                            Honorable Joan B. Gottschall

Accretive Health, Inc., et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 25, 2016:

MINUTE entry before the Honorable Joan B. Gottschall: Lead plaintiff's unopposed motion for preliminary approval of settlement, conditional certification of a class, and establishing notice procedures [102] is entered and continued to 3/4/16 at 9:30 a.m. Status hearing set for 2/26/16 is stricken and reset to 3/4/16 at 9:30 a.m. Motion hearing set for 2/26/16 is stricken; no appearance required.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.