**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TIFFANY M. HUGHES, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 13-cv-3688 |
| v. | Honorable Joan B. Gottschall |
| ACCRETIVE HEALTH, INC., *et al.*, | |
| Defendants. | |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION, AND PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS**

Lead Plaintiff Pressure Controls, Inc. ("Plaintiff"), by its undersigned counsel, hereby respectfully moves the Court for entry of the proposed Order, filed concurrently herewith: (1) finally approving the settlement of the Action; (2) certifying the Settlement Class; (3) approving the Plan of Allocation for the distribution of the Net Settlement Fund; (4) awarding Plaintiff's Counsel attorneys' fees; (5) reimbursing Plaintiff's Counsels' litigation expenses from the Settlement Fund; and (6) reimbursing the reasonable costs and expenses incurred by Plaintiff.

The grounds in support of this Motion are set forth fully in the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Settlement, Class Certification and Plan of Allocation; the Memorandum Of Points And Authorities In Support Of Plaintiff's Counsel's Application for an Award of Attorneys' Fees and Expenses and Reimbursement of Lead Plaintiff's Costs; and the Declaration of Joshua L. Crowell, filed contemporaneously herewith.

Dated: May 24, 2016                                    GLANCY PRONGAY & MURRAY LLP

                                                       By: *s/ Joshua L. Crowell*
                                                       Lionel Z. Glancy
                                                       Joshua L. Crowell (admitted *pro hac vice*)
                                                       1925 Century Park East, Suite 2100
                                                       Los Angeles, California 90067
                                                       Telephone: (310) 201-9150
                                                       Facsimile: (310) 201-9160
                                                       lglancy@glancylaw.com
                                                       jcrowell@glancylaw.com

                                                       *Counsel for Lead Plaintiff Pressure Controls, Inc.*
                                                       *and Lead Counsel for the Class*

                                                       POMERANTZ LLP
                                                       Patrick V. Dahlstrom
                                                       Louis C. Ludwig
                                                       Ten South LaSalle Street, Suite 3505
                                                       Chicago, Illinois 60603
                                                       Telephone: (312) 377-1181
                                                       Facsimile: (312) 377-1184
                                                       pdahlstrom@pomlaw.com
                                                       lcludwig@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Liaison Counsel for Lead Plaintiff*

THE YOUNG LAW FIRM
Henry J. Young
104 Ridge Road, #1
Phoenixville, Pennsylvania 19460
Telephone: (610) 933-4440
Facsimile: (610) 300-4190
hjy@theyounglf.com

*Additional Counsel*

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF ILLINOIS ECF AND LOCAL RULES**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.

On May 24, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of May, 2016, at Los Angeles, California.

*s/ Joshua L. Crowell*
Joshua L. Crowell

# Mailing Information for a Case 1:13-cv-03688 Hughes v. Accretive Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Joel Erik Connolly**
  econnolly@winston.com,ECF_CH@winston.com

- **Joshua L. Crowell**
  jcrowell@glancylaw.com

- **Seth C. Farber**
  sfarber@winston.com

- **Leonid Feller**
  lfeller@kirkland.com,jennifer.hill@kirkland.com,christina.pietsch@kirkland.com,sara.tobler@kirkland.com

- **Gregory Linkh**
  glinkh@glancylaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Kristin Sheffield-whitehead**
  kristin.sheffield-whitehead@kirkland.com,kenymanagingclerk@kirkland.com,terence.leong@kirkland.com

- **Robert Y. Sperling**
  rsperling@winston.com,nwertheimer@winston.com,ECF_CH@winston.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Tiffany M Hughes
,