# EXHIBIT 1

**GLANCY PRONGAY MURRAY LLP**
**FIRM LODESTAR REPORT FROM INCEPTION**

**EXHIBIT 1**

**IN RE ACCRETIVE LITIGATION**
**INCEPTION THROUGH MAY 24, 2016**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---:|---:|---:|
| **ATTORNEYS:** | | | | |
| Lionel Z. Glancy | Partner | 105.20 | 795.00 | 83,634.00 |
| Robert Prongay | Partner | 52.50 | 625.00 | 32,812.50 |
| Joshua Crowell | Partner | 698.00 | 655.00 | 457,190.00 |
| Dale MacDiarmid | Associate | 23.40 | 525.00 | 12,285.00 |
| Leanne Heine Solish | Associate | 201.50 | 445.00 | 89,667.50 |
| Henry Young | Staff Attorney | 206.30 | 475.00 | 97,992.50 |
| Nilla Watkins | Staff Attorney | 346.50 | 350.00 | 121,275.00 |
| **TOTAL ATTORNEY** | | **1,633.40** | | **894,856.50** |
| **PARALEGALS:** | | | | |
| Tia Reiss | Senior Paralegal | 25.75 | 295.00 | 7,596.25 |
| Harry Kharadjian | Senior Paralegal | 33.75 | 290.00 | 9,787.50 |
| Erin Krikorian | Research Analyst | 28.00 | 240.00 | 6,720.00 |
| Michaela Ligman | Research Analyst | 79.00 | 225.00 | 17,775.68 |
| **TOTAL PARALEGAL** | | **166.50** | | **41,879.43** |
| **TOTAL LODESTAR** | | **1,799.90** | | **936,735.93** |