## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **Tiffany M Hughes, et al,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 13-cv-03688** |
| | ) | |
| **Accretive Health, Inc., et al,** | ) | **Judge Joan B. Gottschall** |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Final approval hearing held.  Pursuant to a letter that Barbara Kauppila sent to the settlement administrator, the court accepts her request to opt out of the class; she shall be excluded from the class.  The lead plaintiff's motion for final approval of the class action settlement and for an award of fees and costs [112] is granted.  Enter Order.  Civil case terminated.


Date:   June 28, 2016                     _____/s/_____

                                          Joan B. Gottschall
/cc                                       United States District Judge